UNITED STATES COURT OF INTERNATIONAL TRADE
Before: The Honorable Jane A. Restani, Judge

| | |
|---|---|
| THE MOSAIC COMPANY,<br><br>    *Plaintiff*,<br><br>PHOSAGRO PJSC, JSC APATIT,<br><br>    *Consolidated Plaintiffs*,<br><br>and<br><br>INDUSTRIAL GROUP PHOSPHORITE LLC,<br><br>    *Consolidated Plaintiff and*<br>    *Consolidated Plaintiff-Intervenor*,<br><br>    v.<br><br>UNITED STATES,<br><br>    *Defendant,*<br><br>THE MOSAIC COMPANY,<br><br>    *Consolidated Defendant-Intervenor*,<br><br>and<br><br>PHOSAGRO PJSC, JSC APATIT,<br>INDUSTRIAL GROUP PHOSPHORITE LLC,<br><br>    *Defendant-Intervenors*. | Consol. Court No. 21-117 |

## ORDER

Upon consideration of Consolidated Plaintiff Industrial Group Phosphorite LLC's ("EuroChem") Motion to Amend Its Complaint, it is hereby:

**ORDERED** that EuroChem's motion is granted; and it is further

1

**ORDERED** that the First Amended Complaint accompanying EuroChem's motion is accepted and shall be added to the docket at this time.

Only one party, The Mosaic Company, objects to the amendment. Any prejudice attributable to the delay in moving to amend can be avoided by an amendment to the scheduling order. Further, it is not clear that the new count was unexhausted, as alleged. This is an issue best addressed in the regular motions briefing; and it is further

**ORDERED** that the parties shall confer and determine if the scheduling order should be amended and advise the court.

**SO ORDERED.**

Date: November 19, 2021

/S/ Jane A. Restani
Jane A. Restani, Judge