December 17, 2021

**VIA ECF**

The Honorable Jane A. Restani
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**Re: The Mosaic Company *et al.* v. United States, Consol. Court No. 21-117**

Dear Senior Judge Restani:

  Pursuant to the Court's Order of November 19, 2021, ECF No. 52, the parties have conferred to determine whether the scheduling order in Consolidated Court No. 21-117 should be amended. The parties hereby advise the Court that they do not believe amendment is necessary.

  The Court's November 19 Order granted Industrial Group Phosphorite LLC's ("EuroChem") motion to amend its complaint to add a new claim. ECF No. 52. Plaintiff and Consolidated Defendant-Intervenor The Mosaic Company ("Mosaic") has reviewed the argument related to that new claim, which EuroChem submitted with its November 12, 2021 Motion for Judgment on the Agency Record. *See* ECF No. 46 at 11-12. In light of that argument's short length, and considering February 2022 deadlines Mosaic faces in other cases before the Court that would necessitate substantial extensions of the deadlines in this case if extensions were to be of any practical value, Mosaic believes amendment of the scheduling order is not warranted at this time.

  Mosaic has conferred with the other parties, and they concur that no amendment is necessary.

            Respectfully submitted,

| | |
|---|---|
| */s/* Patrick J. McLain | */s/* Ebonie I. Branch |
| David J. Ross | Ebonie I. Branch |
| Patrick J. McLain | U.S. Department of Justice |
| Stephanie E. Hartmann | Commercial Litigation Branch |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | Civil Division |
| | P.O. Box 480 |
| 1875 Pennsylvania Avenue, NW. | Ben Franklin Station |
| Washington, DC 20006 | Washington, DC 20044 |
| *Counsel to Plaintiff and Consolidated Defendant-Intervenor The Mosaic Company* | *Attorney for Defendant* |

| | |
|---|---|
| */s/* Jeremy W. Dutra | */s/* Jonathan T. Stoel |
| Peter J. Koenig | H. Deen Kaplan |
| Jeremy W. Dutra | Jonathan T. Stoel |
| **SQUIRE PATTON BOGGS (US) LLP** | Jared R. Wessel |
| 2550 M Street, NW. | Nicholas R. Sparks |
| Washington, NY 20037 | Cayla D. Ebert |
| *Counsel to Consolidated Plaintiff and Defendant-Intervenor Industrial Group Phosphorite LLC* | **HOGAN LOVELLS US LLP** |
| | Columbia Square Building |
| | 555 Thirteenth Street, NW |
| | Washington, DC 20004 |
| | *Counsel to Consolidated Plaintiff and Defendant-Intervenor PhosAgro PJSC and JSC Apatit* |