# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE THE HONORABLE JANE A. RESTANI

| | |
|---|---|
| THE MOSAIC COMPANY,<br><br>　　　　Plaintiff,<br><br>PHOSAGRO PJSC, JSC APATIT,<br><br>　　　　Consolidated Plaintiffs,<br><br>INDUSTRIAL GROUP PHOSPHORITE, LLC,<br><br>　　　　Consolidated Plaintiff and<br>　　　　Consolidated Plaintiff-Intervenor,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant,<br><br>THE MOSAIC COMPANY,<br><br>　　　　Consolidated Defendant-Intervenor,<br><br>PHOSAGRO PSJC, JSC APATIT, INDUSTRIAL GROUP PHOSPHORITE, LLC,<br><br>　　　　Defendant-Intervenors. | Consol. Court No. 21-00117 |

## NOTICE OF APPEAL

Notice is given that Industrial Group Phosphorite, LLC, consolidated plaintiff/plaintiff-intervenor and defendant-intervenor in the above-captioned case, appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on January 19, 2024 (Dkt. No. 146); the Opinion (Slip Op. 24-4) entered in this action on January 19, 2024 (Dkt. No. 145); the Opinion and Order (Slip Op. 23-99) entered in this action on July 11, 2023

(Dkt. No. 124); and the Opinion and Order (Slip Op. 22-103) entered in this action on September 2, 2022 (Dkt. Nos. 92 and 93).

Date: March 19, 2024

                                              Respectfully submitted,

                                              */s/ Jeremy W. Dutra*
                                              Jeremy W. Dutra
                                              jeremy.dutra@squirepb.com
                                              Peter Koenig
                                              peter.koenig@squirepb.com

                                              SQUIRE PATTON BOGGS (US) LLP
                                              2550 M Street, NW
                                              Washington, DC 20037
                                              (202) 457-6000

                                              *Counsel to Consolidated Plaintiff/Plaintiff-Intervenor and Defendant-Intervenor Industrial Group Phosphorite, LLC*