UNITED STATES COURT OF INTERNATIONAL TRADE

NEW YORK, NEW YORK

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| THE MOSAIC COMPANY, | |
|       Plaintiff, | |
|   and | |
| PHOSAGRO PJSC, JSC APATIT, | |
|       Consolidated Plaintiffs, | |
|   and | |
| INDUSTRIAL GROUP PHOSPHORITE LLC, | |
|       Consolidated Plaintiff and Consolidated Plaintiff-Intervenor, | |
|       v. | Consol. Court No. 21-00117 |
| UNITED STATES, | |
|       Defendant, | |
| THE MOSAIC COMPANY, | |
|       Consolidated Defendant-Intervenor | |
|   and | |
| PHOSAGRO PJSC, JSC APATIT, INDUSTRIAL GROUP PHOSPHORITE LLC, | |
|       Defendant-Intervenors. | |

## Notice of Appeal

Notice is hereby given that PhosAgro PJSC and JSC Apatit, Consolidated Plaintiffs and Defendant-Intervenors in the above-captioned case, appeal to the United States Court of Appeals for the Federal Circuit from the decisions, orders, and judgment, of the United States Court of International Trade entered in this action, *The Mosaic Company v. United States*, Consol. Court No. 21-00117, on January 19, 2024 (Slip Op. 24-4) (ECF Nos. 145, 146); July 11, 2023 (Slip Op. 23-99) (ECF No. 124), and September 2, 2022 (Slip-Op. 22-103) (ECF Nos. 92, 93).

    Respectfully submitted,

    /s/ Jonathan T. Stoel
    H. Deen Kaplan
    Jonathan T. Stoel
    Cayla D. Ebert

    HOGAN LOVELLS US LLP
    Columbia Square Building
    555 Thirteenth Street, NW
    Washington, DC 20004-1109
    Phone: (202) 637-6634

    *Counsel to PhosAgro PJSC and JSC Apatit*

Dated: March 19, 2024

**Certificate of Service**

    I, Cayla D. Ebert, hereby certify that on March 19, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

                                          /s/ Cayla D. Ebert
                                          Cayla D. Ebert
                                          Hogan Lovells US LLP

Dated: March 19, 2024