# United States Court of Appeals for the Federal Circuit

_____

**THE MOSAIC COMPANY,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellee*

v.

**PHOSAGRO PJSC, JSC APATIT,**
*Defendants-Appellants*

**INDUSTRIAL GROUP PHOSPHORITE, LLC,**
*Defendant*
_____

2024-1595
_____

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00117-JAR, 1:21-cv-00220-JAR, 1:21-cv-00221-JAR, Senior Judge Jane A. Restani.
_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered August 20, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



October 11, 2024
Date

Jarrett B. Perlow
Clerk of Court